

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**

MAY 3 1 2006

**CLERK, U.S. DISTRICT COURT**
By _____
Deputy

RESEARCH IN MOTION LIMITED and
RESEARCH IN MOTION CORPORATION,

    Plaintiffs,

v.

DATAQUILL BVI, LTD.,

    Defendants.

§
§
§
§
§
§
§
§
§
§
§

Civil Action No. _____

**3 - 0 6 CV - 9 7 3 - N**

**Jury Trial Demanded**

DS000976

## Complaint for Declaratory Judgment of Patent Non-Infringement and Invalidity

Plaintiffs Research in Motion Limited ("RIM Ltd.") and Research in Motion Corporation ("RIM Corp."), (collectively, "RIM"), for their Complaint against Defendant DataQuill BVI, Ltd. ("DataQuill"), hereby demand a jury trial and allege as follows:

### NATURE OF THE ACTION

1. This is an action arising under the patent laws of the United States, 35 U.S.C. § 1, *et seq.*, and under the Declaratory Judgment Act, 28 U.S.C. § 2201, *et seq.*, for a declaratory judgment that RIM does not infringe DataQuill's patent and that DataQuill's patent is invalid.

### PARTIES

2. Plaintiff RIM Ltd. is a corporation organized and existing under the laws of the province of Ontario, Canada, having its principal place of business at 295 Phillip Street, Waterloo, Ontario, Canada N2L 3W8.

3.     Plaintiff RIM Corp. is a corporation organized under the laws of the state of Delaware, having a principal place of business at 122 W. John Carpenter Parkway, Suite 430, Irving, Texas 75039.  RIM Corp. is the U.S. distributor of RIM Ltd. products and services.

4.     Upon information and belief, Defendant DataQuill is a limited company organized and existing under the laws of the British Virgin Islands, having its principal place of business in Tortola, British Virgin Islands.

## JURISDICTION AND VENUE

5.     This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331, 1338(a) and 2201 because this action seeks a declaratory judgment regarding rights arising under the patent laws of the United States.

6.     This Court has personal jurisdiction over DataQuill because DataQuill has established minimum contacts with the forum and the exercise of jurisdiction over DataQuill would not offend traditional notions of fair play and substantial justice.

7.     Venue is proper in this District under 28 U.S.C. §§ 1391(d) because DataQuill is an alien that may be sued in any district.

## FACTUAL BACKGROUND FOR DECLARATORY JUDGMENT COUNTS

8.     DataQuill is the assignee of record of United States Patent No. 6,058,304 entitled "Data Entry System" (the "'304 patent"), attached hereto as Exhibit A.

9.     A valid and justiciable controversy regarding the '304 patent has arisen between RIM and DataQuill that is properly presented for judicial relief under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

10.     RIM has not infringed and is not infringing any valid and enforceable claim of the '304 patent.  In addition, the claims of the '304 patent are invalid.

## COUNT I

### (Request for Declaratory Judgment of Non-Infringement and Patent Invalidity of U.S. Patent No. 6,058,304)

11.     RIM realleges and incorporates herein by reference the allegations contained in Paragraphs 1 through 10.

12.     RIM has not infringed, contributed to the infringement of, or induced infringement of any valid and enforceable claim of the '304 patent, either literally or under the doctrine of equivalents.

13.     Based on statements made by the applicant during prosecution of the '304 patent, DataQuill is estopped from asserting that RIM infringes the '304 patent.

14.     The '304 patent is invalid for failing to satisfy one or more of the conditions of patentability under 35 U.S.C. §§ 102, 103, and/or 112.

## JURY DEMAND

15.     Under Rule 38(b) of the Federal Rules of Civil Procedure, RIM respectfully requests a jury trial on all issues and claims.

## PRAYER FOR RELIEF

WHEREFORE, RIM prays for judgment against DataQuill, and that the Court award the following relief:

A. Declare that RIM has not infringed, has not contributed to infringement of, and has not induced infringement of any claims of the '304 patent, either literally or under the doctrine of equivalents;

B. Declare that the claims of the '304 patent are invalid;

C. Enter an order preliminarily and permanently enjoining DataQuill, its officers, directors, servants, managers, employees, agents, successors and assignees, and all persons in active concert or participation with any of them, from directly or indirectly charging RIM with infringement of any claim of the '304 patent;

D. Declare this case exceptional under 35 U.S.C. § 285 and award RIM its reasonable attorneys' fees, expenses and costs incurred in this action; and

E. Award RIM such other and further relief as this Court deems just and proper.

Dated:  May 31, 2006

Respectfully submitted,

George W. Bramblett, Jr.
Texas State Bar No. 02867000
Phillip B. Philbin
Texas State Bar No. 15909020
John R. Emerson
Texas State Bar No. 24002053
HAYNES AND BOONE, L.L.P.
901 Main Street, Suite 3100
Dallas, Texas 75202-3789
Tel: 214-651-5000
Fax: 214-651-5940

ATTORNEYS FOR RESEARCH IN MOTION
LIMITED AND RESEARCH IN MOTION
CORPORATION

# Exhibit A

# United States Patent [19]

## Callaghan et al.

[11] **Patent Number:** **6,058,304**

[45] **Date of Patent:** **May 2, 2000**

[54] **DATA ENTRY SYSTEM**

[75] Inventors: **Francis John Callaghan; Paul Marshall Doran,** both of St. Helier; **Gary Douglas Robb,** St. Brelades, all of United Kingdom

[73] Assignee: **Dataquill Limited,** Tortola, Virgin Islands (Br.)

[21] Appl. No.: **08/619,682**

[22] PCT Filed: **Sep. 27, 1994**

[86] PCT No.: **PCT/GB94/02101**

§ 371 Date: **May 23, 1996**

§ 102(e) Date: **May 23, 1996**

[87] PCT Pub. No.: **WO95/10818**

PCT Pub. Date: **Apr. 20, 1995**

[30]       **Foreign Application Priority Data**

Oct. 13, 1993  [GB]  United Kingdom ................ 9321133

[51] Int. Cl.$^7$ .................................................. **H04Q 7/20**
[52] U.S. Cl. ........................ **455/422;** 455/556; 235/375; 235/462.46; 235/472.02; 235/380
[58] Field of Search .................................... 455/422, 403, 455/406–408, 556; 379/93.16, 93.17, 93.12, 93.25, 100.02, 100.12; 235/375, 381, 376, 385, 462, 383, 422, 462.46, 462.45, 472.01, 472.02, 462.13, 380

[56]                 **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 4,279,021 | 7/1981 | See et al. ......................... | 364/709.01 |
| 4,415,065 | 11/1993 | Sandstedt ......................... | 186/39 |
| 4,725,977 | 2/1988 | Isumi et al. ..................... | 364/900 |
| 4,845,658 | 7/1989 | Gifford ........................... | 364/900 |
| 4,850,009 | 7/1989 | Zook et al. ...................... | 235/375 |
| 4,857,713 | 8/1989 | Brown ............................. | 235/375 |
| 4,916,441 | 4/1990 | Gombrich ......................... | 340/712 |
| 5,023,438 | 6/1991 | Wakatsuki et al. ................ | 235/472 |

(List continued on next page.)

**FOREIGN PATENT DOCUMENTS**

| | | |
|---|---|---|
| 0064571 A3 | 11/1983 | European Pat. Off. . |
| 0536481 A2 | 4/1993 | European Pat. Off. . |
| D. 3814728 A1 | 11/1989 | Germany . |
| D. 4709482 A1 | 9/1992 | Germany . |
| 2183071 | 5/1987 | United Kingdom . |
| 2202664 | 9/1988 | United Kingdom . |
| 2229562 | 9/1990 | United Kingdom . |
| WO 8707106 A1 | 11/1987 | WIPO . |
| WO 8904016 A1 | 5/1989 | WIPO . |
| WO99100574 A1 | 1/1991 | WIPO . |

**OTHER PUBLICATIONS**

Telxon Corporation, "Portable Data Collection and Data Entry Systems," McGraw–Hill Incorporated, Mar. 1989, pp. 5.

*Primary Examiner—Dwayne D. Bost*
*Assistant Examiner—Tracy M. Legree*
*Attorney, Agent, or Firm—Sharp, Comfort & Merrett, P.C.*

[57]                   **ABSTRACT**

A data entry system includes a hand held data entry unit having a reading sensor for sensing commands and/or data, rewritable storage for storing information relating to selectable items, a controller (a microprocessor or other processing circuitry) and a display screen for displaying a user readable representation of the commands and/or stored information for a selected item, and a telecommunication interface for the telephonic transmission of information relating to a selected item or items from the storage to a remote processing center and for the telephonic information relating to selectable items from the remote processing center to the storage. Preferably a telecommunications interface is provided in the hand held unit for cellular or other wireless telephony systems. The hand held unit can be configured to combine the data entry functions with those of audio telephony.

**63 Claims, 11 Drawing Sheets**



**6,058,304**
Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,227,614 | 7/1993 | Danielson et al. | 235/380 |
| 5,324,922 | 6/1994 | Roberts | 235/375 |
| 5,334,824 | 8/1994 | Martinez | 235/380 |
| 5,371,348 | 12/1994 | Kumar et al. | 235/462 |
| 5,410,141 | 4/1995 | Koenck et al. | 235/472.01 |
| 5,424,524 | 6/1995 | Ruppert et al. | 235/383 |
| 5,541,398 | 7/1996 | Hanson | 235/375 |
| 5,729,591 | 3/1998 | Bailey | 455/406 |
| 5,754,655 | 5/1998 | Hughes et al. | 235/380 |



10

FIG. 1A



10

FIG. 1B



40

FIG. 2



*FIG. 3*



*FIG. 4*

*FIG. 5*

**U.S. Patent**         May 2, 2000         Sheet 5 of 11         **6,058,304**



1

2

3



4

5

6



7

8

9

0



Correct

Enter

Tone/Pulse

Delete



Clear

Quantity

Phone

Pin

*FIG. 6*

S1
```
PICK UP PEN
```

S2
```
USER PRESSES 'UP' KEYS
SYSTEM PERFORMS DIAGNOSTICS
```

S3
```
USER PRESSES 'UP' AND/OR 'DOWN' KEYS
SYSTEM SCROLLS ITEMS IN DISPLAY
```

S4
```
USER SCANS 'ENTER' COMMAND BAR CODE
WITH 'LEFT-HANDED OPERATION' OPTION
IN DISPLAY
SYSTEM CAUSES DATA DISPLAY FOR
LEFT-HANDED OPERATION
```

S5
```
USER OPERATES 'UP' AND 'DOWN' KEYS
UNTIL INITIAL DISPLAY MESSAGE SHOWS
THEN SCANS BAR CODES FOR SELECTIONS
SYSTEM STORES AND DISPLAYS SELECTIONS
```

S6
```
USER SCANS 'PHONE' COMMAND BAR CODE
FOLLOWED BY PHONE NUMBER
SYSTEM STORES AND DISPLAYS PHONE NUMBER
```

S7
```
USER REPLACES PEN AND
OPERATES  'DOWN' KEY'
SYSTEM TRANSMITS DATA AND DISPLAYS
ACKNOWLEDGEMENT OF TRANSFER
```

*FIG. 7*



*FIG. 8*



*FIG. 9*



*FIG. 10*



FIG. 11



FIG. 12

6,058,304

| 1 | 2 |

# DATA ENTRY SYSTEM

This invention relates to data entry systems, to applications of such data entry systems and to equipment for use therewith.

UK patent GB-B-2,202,664 describes an example of an application for a data entry system for the automated ordering of merchandisable items. Merchandisable items are represented in a printed catalogue or other form of list and are associated with bar codes. A merchandise ordering unit comprises a bar code reader with a telephone transmission capability for use in selecting one or more items from the catalogue and transmitting electronically an order for the merchandise to a processing centre over the public telephone network. The orders for the merchandisable items received in this way are processed in the processing centre. As described, the hand held data entry terminal comprises a calculator-like processing unit with a pen-like bar code reader wand electrically connected to the processing unit via a flexible cable. The processing unit includes a display for displaying information and a telephone transmission capability for transmitting captured data via the telephone network. Although this system works well, it is rather bulky and can be somewhat inconvenient in use as it requires two handed operation, one hand for the processing unit and one hand for the wand. Alternatively, if the processing unit is not carried all the time, it needs to be located in a position where the display on the processing unit can be seen and the keys on the processing unit can be operated. It will be appreciated that particularly where the processing unit is being carried in the hand, operation of the keys on it while holding the wand requires considerable dexterity.

European patent application EP-A-0,094,571 describes a self-contained portable data entry terminal positioned within a portable wand-type enclosure. The wand contains a bar code optical reader, signal conditioning electronics, a microprocessor, a memory and a rechargeable battery. The optical reader is operable as a transmitter/receiver so that readout of data stored in the memory is possible. An example of the use of the portable data terminal is described in which captured bar code data can be output from the memory via the optical reader to an optical receiver and from there via an audio coupler to a telephone line for transmission to a remote station. Another example is described where the bar code data relates to items on a menu in a restaurant. Captured menu selections can be output from the memory via the optical reader to an optical receiver and from there via a computer to a printer in a kitchen. Also described is the programming of the portable data entry terminal using an optical transmitter to input data via the optical reader. The wand includes a beeper for indicating the correct reading of a bar code and the current memory loading. The wand described in EP-A-0,094,571 is relatively simple in construction, and although it is readily portable, it does not provide any confirmation of what has been read.

A further portable data entry terminal manufactured by Telxon Corporation is described in an article entitled "Telxon Corporation, Portable Data Collection and Entry Systems" published by McGraw-Hill in 1989 and referenced "R51-832-101 SKU/UPC Marking and Reading Equipment". The article describes various models of data entry terminals similar to that described in UK patent GB-B-2,202,664. Data from the terminals can be transmitted to a remote station via various telecommunication options including direct connect modems and acoustic couplers. The data entry terminals have a generally rectangular format, similar to a large scientific calculator, with a rectangular

display and an array of keys. For most models, a separate bar code reader wand is provided which is connected to the data entry terminal via a flexible cable, requiring a two-handed operation as described above. One model PTC-620 has the same basic format as the other terminals, but is described as being for simple applications and features a snap-on reversible head for one-handed operation with either the left or the right hand. However, this terminal is still relatively bulky and cumbersome and in use it is easy inadvertently to operate one or more keys in the array of keys.

An object of the present invention is to provide a data entry system which mitigates the problems of the prior art.

In accordance with an aspect of the invention, there is provided a data entry system comprising a hand held data entry unit, the hand held unit comprising a reading sensor for sensing commands and/or data and for producing input signals in response to the sensed commands and/or data, rewritable storage for information relating to selectable items, a controller connected to receive and process the input signals from the sensor for responding to the commands to control the hand held unit and or to the data to select the item and a display screen for displaying a user readable representation of the commands and/or stored information for the selected item, and a telecommunications interface for telephonic transmission of information relating to a selected item or items from the storage to a remote processing centre and for telephonic transmission of information relating to selectable items from the remote processing centre to the storage.

The provision of a hand held unit having an integral sensor, control, storage, display means with a telecommunications interface enables the unit to be used in a particularly efficient and self-contained manner for the capture, processing, storage, display and transmission of data. The inclusion of the display in the hand held unit enables the user to verify the data being captured without taking his or her eyes off the areas in which data capture is taking place.

Preferably, the telecommunications interface is integral to the hand held unit. The provision of a telecommunications interface in the hand held unit enables captured data to be used for direct telephonic transmission of the captured data via a telephone network to a remote processing centre. It also allows for data and/or commands to be received from the remote data processing centre.

Preferably, the hand held unit includes a rechargeable power source. There can be provided a base unit separate from the hand held unit, wherein the base unit includes a charger unit and the base unit and the hand held unit are provided with respective interconnectable electrical connectors for recharging the rechargeable power source.

In some embodiments of the invention, the data entry system can comprise a base unit separate from the hand held unit, wherein the base unit and the hand held unit are provided with a wireless data link which is operable for bidirectional data transfer between the hand held unit and the base unit, and wherein the base unit includes a telecommunications interface for telephonic transmission of information relating to a selected item or items from the storage to a remote processing centre and for telephonic transmission of information relating to selectable items from the remote processing centre to the storage. In this embodiment, the wireless data link preferably comprises, in the base unit and the hand held unit, optical transmitters and/or receivers which cooperate then the hand held unit is in the rest position to provide a two way optical data link for transferring data from the hand held unit to the base unit and/or from the base unit to the hand held unit. In other embodiments it

6,058,304

3

could comprise respective radio frequency, rather than optical, transmitters and receivers, or indeed other types of transmitters and receivers.

In preferred embodiments of the invention, the telecommunications interface is an interface for connection to a wireless telephony network. This provides for a particularly advantageous implementation of the invention, which can then be used without the need to plug in the data entry system to, for example, a conventional wired telephone network.

In a preferred embodiment of the invention the telecommunications interface is a cellular telephone network interface. In this embodiment of the invention, particularly where the telecommunications interface is incorporated in the hand held unit, the data entry system can be used with the convenience, for example, of a portable cellular phone. Cellular telephone networks are now common place and give a very wide area of coverage. This facilitates the use of a data entry system in accordance with the invention in, for example, a user's home or workplace.

Alternatively, the telecommunications interface can be a satellite telephone network interface, or some other form of wireless telephone interface, for example a telephone interface for a telephone network based on highly localised transponder stations.

Where the telecommunications interface is intended to interface with an analogue telephone network, the telecommunications interface includes a modem.

By arranging that the reading sensor can be used for the input of commands for controlling the hand held unit, the number of user input means (e.g., keys) can be kept to a minimum, reducing the possibility of inadvertent operation. Preferably, there are provided one or two manually operable switches for scrolling the display in a first and/or second direction for selectively displaying a plurality of data stored in the storage. The scrolling of the display enables a large number of items to be accessed with a relatively compact display. In a preferred embodiment of the invention, the first and/or second switches are the only switches on the hand held unit. Preferably also, operation of the first and or second switches in predetermined operational states of the hand held unit causes predetermined functions other than scrolling functions to be performed (e.g., powering-up or powering-down of the hand held unit). By the provision of only two keys on the hand held unit, the possibility of accidentally operating an incorrect key can be reduced, and also the hand held unit can be kept particularly compact.

Preferably, the hand held unit comprises a sensor for reading coded data, the controller being arranged to access the stored information for selectable items to determine natural language characters or images corresponding to the coded data for display. The invention finds particular, but not exclusive application to the reading of bar codes and/or binary dot codes, whereby the sensor is a bar code and/or dot code reader. It will be appreciated that the invention also applies to other forms of codes.

The hand held data entry unit may comprise a reading head including a reading sensor for producing input signals, wherein the reading sensor traces movements of the reading head and wherein the controller is responsive to signals from the sensor representative of the movements for identifying characters traced by the reading head as captured data. In this manner data entry can be made in an advantageous manner by tracing out the characters of the data to be input or characters representing commands for controlling the operation of the data entry system.

Preferably, the controller is user programmable to cause the captured data to be displayed on the display either in a

4

first orientation suitable for reading displayed data when the hand held unit is held in a user's right hand, or in a second orientation suitable for reading displayed data when the hand held unit is held in a user's left hand. In a preferred embodiment the display has a substantially rectangular display screen with a longitudinal axis arranged substantially parallel to a longitudinal axis of the hand held unit. For example, for right handed operation, a string of characters could, for example, be displayed along the display from an end nearest to the sensor to the end furthest therefrom, whereas for left handed operation, the same string of characters would be displayed from the end of the display furthest from the sensor to the end nearest thereto.

A data entry system comprising a hand held unit with or without a base unit as described above, can also include means for displaying a plurality of selectable items with associated data sources for user selection of an item by operation of the hand held unit and a remote processing centre for processing user selections transmitted from the hand held unit. The controller in the hand held unit is preferably arranged to respond to appropriate commands input, for example via the reading sensor, to issue coded instructions via the telecommunications interface to the data processing centre and to receive programming data (e.g., relating to information for selectable items) from the programming centre for storage in the hand held unit.

The data entry system may additionally be arranged to provide the functions of a telephone to permit audio communication. In particular, if a cellular telephone interface is provided in a hand held unit, this unit can advantageously combine the functions of the data entry unit and a cellular telephone.

Accordingly, the invention also provides a data entry system additionally comprising means for displaying a plurality of selectable items with associated data sources for user selection of an item by operation of the hand held unit and a remote processing centre for processing user selections transmitted from the hand held unit. Preferably, the hand held unit is programmable remotely from the processing centre.

In a preferred embodiment of the invention, the hand held unit is configured as an elongate unit such that it may be held by a user in the manner of a pen or quill with the reading sensor being located in a reading head at or adjacent to one end of the hand held unit. The configuration of the hand held unit such that it may be held in the manner of a pen or quill means that the unit can be held in a familiar and comfortable manner. Also, it facilitates the provision of user input means (e.g. switches) on the hand held unit to be located such that inadvertent operation thereof can easily be avoided.

Preferably the reading sensor is located in a reading head which is releasably attached to the hand held unit. This enables alternative types of reading head to be connected to the hand held unit and/or for faulty reading heads to be replaced easily.

The invention also provides a merchandising system comprising a data entry system of this type wherein the selectable items are merchandisable items and the remote processing centre initiates processing of user orders of the selectable merchandisable items.

Thus, a data entry system in accordance with the invention, especially a data entry system comprising a hand held unit including a telecommunications interface for use with a wireless telephony system, such as a cellular network telephone system, provides a particularly advantageous device for use, for example, for "home shopping". It enables

6,058,304

5

the user to make shopping selections from a catalogue or from a series of options displayed on a television screen from the comfort of his or her home without the need to connect the device to a conventional telephone network. A hand held unit including a wireless telephone network interface such as a cellular network interface finds particular application where the user of the system is travelling from place to place and may need to perform data entry functions when they are far from a conventional wired telephone network socket.

A data entry system or a merchandising system as described above preferably includes a verification device in the form of a verification card (e.g., a credit, payment or other validation card) or like carrier carrying a verification bar code and/or dot code for verification of a user identity. Operation of the data entry system subsequent to an initial data capture operation can then be made dependent on the identification of authored coded data.

The invention also provides a carrier for a plurality of data and/or command codes (e.g., bar and/or dot codes) for association with means for displaying a plurality of selectable items in a data entry system or a merchandising system as defined above, wherein the carrier carries a plurality of codes, each for a respective one of a plurality of natural language and/or numeric characters, and a plurality of commands for controlling the operation of the data entry or merchandising system, each code being associated with a visual representation of the corresponding natural language or numeric character or command and/or or a graphical representation thereof. This avoids the need for a complete coded data source to be associated with each selectable item in, for example, a catalogue, rather a composite code can be built up by capturing a desired sequence of individual codes. By including the command characters as well, the need for a lot of keys on the data entry device can be avoided.

As an alternative to the use of bar codes, other data representations could be used. Indeed, if the data entry device is provided with a reading sensor in the form of a camera or other scanning sensor rather than a bar code reader, and the data entry device is provided with character or image recognition logic, graphical or alphanumeric data representations can be captured directly. One application of an embodiment of the pen with a camera head as its sensor could be for fingerprint recognition.

As an example of a possible mode of operation, a command character (e.g., a bar code) can be read using the reading head (e.g., a bar code reading head) and this can be used to load down remote data from a remote station. This is particularly advantageous mode of operation where the data entry system can set up a telephone connection to the remote station automatically, for example where the data entry device has cellular telephone capabilities.

The carrier is preferably in the form of a sheet of material. The various characters and commands could be arranged in the manner of a standard typewriter keyboard layout to facilitate entry of individual codes to make up a desired code sequence (e.g., for a specific product code).

Exemplary embodiments of the invention will be described hereinafter, by way of example only, with reference to the accompanying drawings in which like reference numerals are used for like features and in which:

FIGS. 1A and 1B are schematic views of a substantially pen-shaped hand held data entry device.

FIG. 2 is a schematic plan view of a base unit for use with the hand held unit of FIGS. 1A and 1B;

FIG. 3 is a schematic block diagram of the functional elements of a first example of a hand held data entry device as shown in FIGS. 1A and 1B;

6

FIG. 4 is a schematic block diagram of the functional elements of a base unit as shown in FIG. 2 for use with the hand held data entry device of FIGS. 1A, 1B and 3;

FIG. 5 is an overview of a merchandising system using a data entry terminal such as is illustrated in the preceding Figures;

FIG. 6 represents a control card with bar codes for a number of numeric and control characters;

FIG. 7 is flow diagram illustrating an example of the operation of a data entry system as described with reference to FIGS. 1 to 6;

FIG. 8 is a schematic block diagram of the functional elements of a second example of a hand held data entry device as shown. in FIGS. 1A and 1B;

FIG. 9 is a schematic block diagram of the functional elements of a further, self-contained, hand held data entry device which is intended for use without a base unit;

FIG. 10 is a schematic block diagram of the functional elements of a further, self-contained, hand held data entry device for use without a base unit and intended, in particular, for use with a wireless telephone network such as a cellular network;

FIG. 11 is a schematic block diagram illustrating components in an ASIC forming part of the apparatus of FIG. 10; and

FIG. 12 is a schematic block diagram illustrating the inter-relationship of functional elements of FIGS. 10 and 11.

FIGS. 1A and 1B are schematic views from above and below, respectively, of one embodiment of hand held data entry unit 10 which is substantially pen-shaped and which will hereinafter, for reasons of conciseness only, be referred to as the "pen 10". The pen 10 is intended to be held for essentially one handed operation between the thumb and forefinger of either the left or right hand in the manner of a conventional, if rather thicker than usual, pen.

The pen 10 has an elongate body 12 with, in the present example, external dimensions of approximately 120 mm by 40 mm, although the dimensions may be larger or smaller as desired subject to technical limitations. A reading head 14, for example a red or infra-red optical reading head (e.g., a laser diode) suitable for reading bar codes is located at one end of the pen. Other types of reading head may be provided. The reading head is preferably replaceable for interchanging types of reading head. A removable battery cover 16 covering a battery compartment is located at the other end of the pen. As an alternative to a compartment for removable batteries, a removable and/or fixed rechargeable battery pack could be provided instead. Also, the reading head in the present embodiment is arranged to read with a reading angle of between 0° to 45° to the normal to the bar code to be read.

On the upper surface of the pen shown in FIG. 1A a display screen 20, first and second microswitches 22 and 24, a first indicator light 26 and a second indicator light 28 are located. The display screen 20 preferably comprises a conventional two-dimensional array of pixels which can be selectively activated in order to provide the display of a wide range of displayable items. However, in a low cost version of the pen 10, the display may be configured only to display a predetermined range of characters and symbols, this reducing the complexity of the display and the controlling logic and thus reducing the cost as will be well understood by one skilled in the art.

Any suitable display technology can be used which enables the displayed information to be read over a wide enough angular range such that it can be read by the user when the pen is held at an angle suitable for reading a bar code. In this way it is not necessary to change the orientation

6,058,304

of the pen in order to read the display. In view of the low power consumption and advantageous readability characteristics, a 2 line by 16 character supertwist LCD display screen is employed in the preferred embodiment giving a viewing area of approximately 60 mm by 16 mm with a character size of approximately 3 mm by 5.5 mm. The display is preferably located towards the end of the pen **10** opposite to the reading head **14** with its longitudinal axis substantially parallel to the longitudinal axis of the pen **10**.

With the pen **10** held between thumb and forefinger with the user's hand below the pen as viewed in FIG. 1A, and with the pen held at an angle of, say, 30° to the normal of a bar code to be read, (assuming that the normal to the bar code is generally in the direction of the line of sight of the user), the display screen can be read without difficulty.

The switches **22** and **24** are used to control basic operations of the data entry system and for control of the sequential display of stored information (scrolling of the display) as will be explained later. The indicator light **26** is used to report successful scanning of a bar code. The indicator light **28** is used when rechargeable batteries (**70**, FIG. 3) are inserted in the battery compartment to indicate that the batteries are charging.

On the lower surface of the pen **10** shown in FIG. 1B, an optical transmitter **32** and an optical receiver **34** are provided in a shallow recess **33**. Also, provided on the lower surface **25** are a locating groove **36** and first and second electrical contacts **30** and **31**. The optical transmitter **32** and the optical receiver **34** are used in combination with an optical receiver **62** and optical transmitter **64**, respectively, on a base unit **40** to be described with reference to FIG. 2, for the transfer of data between the pen **10** and the base unit **40**. The locating groove **36** is used correctly to position the pen **10** with respect to a corresponding ridge in a cradle **56** on the base unit **40** when the pen **10** is placed in that cradle **56**. The cradle **56** defines a rest position for the pen **10** on the base unit **40**. The first and second contacts **30** and **31** are arranged to cooperate with corresponding contacts **60** and **61** in the cradle **56** on the base unit **40** for charging the rechargeable batteries.

Turning now to FIG. 2, this illustrates a plan view of a base unit **40** for use with the pen **10** of FIGS. 1A and 1B.

The base unit includes a generally rectangular housing **42** with a raised portion **44** containing a power supply unit (**102**, FIG. 4) which receives electrical power via a mains supply cable **45** and a mains switch **46**. The mains switch **46** is located on the right hand side of the base unit housing **42**. Cooling slots **47** for the power supply unit (**102**, FIG. 4) are provided in the upper surface of the raised portion **44**. Further slots **48** in the upper surface of the base unit housing **42** are located over a speaker (**110**, FIG. 4) for relaying information to the user of the data entry system. The rear of the housing **42** is also provided with a socket **52** for a standard telephone plug for connecting the base unit **40** to a telephone line **50** and a standard serial connector **54** (e.g., an RS232 connector) for connecting the base unit to, for example, a personal computer (not shown). A manual switch **53** can be provided for switching between the telephone line and the serial connector. It will be appreciated that a parallel connector could be provided instead of, or in addition to, the serial connector **54**. A separate telephone socket **55** can be provided for the connection of a standard telephone handset to the base unit.

Towards the front of the base unit housing **42**, a recess is formed which is configured as a cradle **56** for receiving the pen **10**.

An optical receiver **62** and an optical transmitter **64** are located in the bottom of the recess for cooperating with the

optical transmitter **32** and optical receiver **34**, respectively, when the pen is located in the cradle **56**. The optical receiver **62** and the optical transmitter **64** are surrounded by a wall **63** which also forms a shroud between the optical receiver **62** and the optical transmitter **64**. The wall **63** cooperates with the recess **33** in the pen **10** to prevent external light reaching the optical link, and the shroud between the optical receiver **62** and the optical transmitter **64** prevents light from the two optical paths between the pen and the base unit and between the base unit and the pen from interfering with each other. It will be appreciated that alternative configurations are possible, for example the wall could be provided on the pen and the recess on the base unit, although this could mean that the pen was less comfortable to use.

First and second base contacts **60** and **61** are also located in the recess for cooperating with the contacts **30** and **31** on the pen **10** when it is inserted in the cradle **56**, thus enabling rechargeable batteries (**70**, FIG. 3) in the pen **10** to be recharged. A locating ridge **58** is formed in the recess for cooperating with the locating groove **36** in the bottom of the pen **10** to enable the pen to be positioned correctly in the cradle **56** such that the optical transmitter/receiver pairs **32/62** and **64/34** and the contact pairs **30/60** and **31/61** are aligned correctly.

The pen **10** can also be provided with a socket for directly charging the internal rechargeable batteries using an AC mains supply or a DC supply. In the first case the pen will include a transformer, in the second a transformer/rectifier could be incorporated in, for example, a mains plug.

On a further raised portion **66**, one or two base unit indicator lights are provided. The first base unit indicator light **67** is for indicating the base unit is receiving mains power and is turned on. Optionally, the second base unit indicator light **68** can used to indicate that rechargeable battery (**70**, FIG. 3) in the pen is being charged.

FIG. 3 is a schematic block diagram of the functional elements of the pen **10**. A processor **74** is preferably formed by a conventional programmable microprocessor e.g., an Intel 80C31 12 MHz CMOS microprocessor with two internal clocks, an Intel 80486, etc.), although a special purpose or specially configured unit (e.g. an ASIC) could alternatively be used (compare FIG. 10). A read only memory (ROM) **76** is connected via a bus **84** to the processor **74** for the storage of control programs and data. The ROM **76** can be implemented by any appropriate technology, for example by a flash PROM. A random access memory (RAM) **78** (for example a 128K low power static RAM, or higher capacity RAM, e.g, a 256K, 512K . . . 5Mb, etc., RAM) is connected to the processor via the bus **84**. The RAM **78** is used as working storage and for the storage of data captured using the reading head **14**. A display interface **80**, which connects the display **20** to the bus **84**, responds to display instructions from the processor to drive the display in a conventional manner. An optical interface **86** is connected to the bus to convert data to be transmitted into signals for driving the optical transmitter **32**, and converts signals from the optical receiver **34** into data to be passed to the bus **84**.

In the present embodiment, other connections are made directly to the processor rather than via the bus. Thus, in the present embodiment, signals relating to data captured by the reader head **14** are passed directly to the processor **74** to be processed.

The manual switch **22** is also connected directly to the processor. In use this switch serves as a "scroll-down" key. The second manual switch **24**, which in use serves as a "scroll-up" key, is, however, connected to the processor via

6,058,304

**9**

a power control module (PCM) **72**. This is because the switch **24** also serves as a "power-up" key for turning the pen on or powering it up after it has been powered down. The power control module **72** responds to operation of the key **24** in a powered down state to connect the battery **70** to the processor **74**. The power control module **72** also controls the charging of the battery **70** when the contacts **30** and **31** are connected to the corresponding contacts **60** and **61** in the cradle **56** of the base unit **40**. The indicator light **67** (e.g., an LED or NEON) is connected to the processor **74** and indicates when the base unit is connected to the mains. The optional indicator light **68** (e.g., an LED or NEON) is connected to the power control module **72** to indicate when the battery **70** is being charged.

The processor is programmed by means of control programs and data stored in the ROM **76** and, in use, in the RAM **87**, to receive signals from the reading head **14**, to interpret those signals and to derive data therefrom which are displayed on the display **20** and stored in the RAM **78** for subsequent transmission via the optical interface as will be described in more detail below.

FIG. **4** is a schematic block diagram of the functional elements of the base unit **40** of FIG. **2**. A power supply module **102** is connected to a mains supply via the switch **46** and the supply cable **45**. The power supply unit **102** is also connected to the contacts **60** and **61** so that, when the pen **10** is located in the cradle **56**, the battery **70** can be recharged. The power supply unit **102** also supplies power to the other elements of the base unit via supply lines which are represented schematically (for reasons of drawing simplicity) by the arrows **104**.

A modem **100** is connected via an optical link **106** to an optical receiver **62** and optical transmitter **64**. The optical interface **106** converts signals from the optical receiver **62** to data to be passed to the modem **100** and converts data from the modem **100** to signals to be transmitted by the optical transmitter **64**. A further interface (e.g. a standard V24/RS232 interface—not shown) for connection to a personal computer (not shown) could also be provided. Also a socket for a connection to a standard telephone handset (not shown) could be provided. The modem **100** can be a conventional modem generally comprising a master control unit **112**, a data pump **114** and memory **118**. The master control unit **112** is connected to receive data from the optical interface **106** (and/or from a V24/RS232 interface, if a personal computer is connected). Data from the data pump **114** are coupled via a line interface **116** to the telephone line **50**. The data pump **116** is also connected via an audio interface **120** to a speaker **110** for monitoring the transmission of data via the telephone line **50**.

FIG. **5** is a schematic representation of a data entry network comprising a plurality of pens/base units **10/40** connected via respective telephone connections **50** (telephone lines, wireless telephone channels, etc) to a processing centre **108** where data transmitted from the individual pens/base units **10/40** are processed. In the preferred embodiment of the invention, the pens/base units **10/40** are used for the placing of orders for merchandise and the processing centre **108** processes those orders and dispatches them to the users.

FIG. **6** is a schematic representation of an example of a control card for use with the pen **10**. The card shows bar codes for the numerals 0 to 9 and for a set of commands. The command bar codes are used for controlling the operation of the pen **10**. The control card can be thought of as a keyboard extension for the pen **10**.

At this point it should be explained that the operation of reading a bar code is performed by the processor **74** in a

**10**

conventional manner. Thus, where the head **14** comprises a red or infra-red light source and a light sensor, signals representing changing levels of reflected illuminations are supplied to the processor **74**. Firmware stored in the ROM **76**, or in other embodiments possibly hard-wired in the processor **74**, is used then to decode the changing levels of reflected illumination to generate a numerical value. On successful reading of a bar code the good read light **26** is illuminated.

The processor tests the numerical values to determine whether the sensed code relates to data or a command. A look up table containing the numerical values for individual commands (not shown) is configured in the ROM **76** and/or RAM **78**. By accessing this table, input commands can be identified. The controlling software is aware of which commands can be executed for the current processing state. On identifying a currently executable command, the processor **74** executes that command and causes the display of a human readable command description for user verification purposes. The processor causes an error message to be displayed on the display screen if a non-executable command (e.g., a command has been input at a wrong time) has been input.

If the code does not relate to a recognised command, it is treated as data. The data are then stored in RAM as the result of reading a bar code and are used to address a description of the item referenced by the bar code value from a further look-up table. If a description of the item corresponding to the bar code value is stored in the ROM **76** and/or the RAM **78** in a suitable data structure so that the bar code value can be used either directly or indirectly to address the appropriate description, then the item description can readily be displayed instead of or as well as the bar code value for user verification purposes. If the bar code is not read correctly, then an error message is displayed on the display screen.

The item description data can relate, for example, to items from a merchandising catalogue. In the this case the rewritable storage capacity of the pen (e.g., the RAM **78**) is chosen to be sufficient to store all the items from one or more merchandising catalogues. If the data is stored in volatile memory, this data is downloaded from the remote processing centre via the telecommunications link on restoring power to the memory in the pen. Preferably, if volatile memory is used, power is supplied to the memory even when the pen is "switched off". An integral rechargeable back-up battery can be provided in addition to the battery **70** to maintain power to a volatile memory when the battery **70** is being changed. If non-volatile memory is provided, then this data can be retained during a period when no power is supplied to the memory. However, through the use of rewritable memory and control logic enabling the memory to be updated using data downloaded from the remote processing centre, it is possible to keep the pen's memory up to date on a full list of merchandisable items, including product description, availability, price, etc. Then on reading a bar code relating to an item stored in memory the display on the pen can indicate a description of the item corresponding to the code read, its availability and price. If the code read is not recognised, for example, the pen can be programmed automatically to call up the remote processing centre to check on whether an update of the pen's storage is needed when the pen is replaced in the base unit.

FIG. **7** is a flow diagram illustrating an example of a possible series of operations using an example of data entry system such as that described with reference to FIGS. **1** to **6**. It will be appreciated that other sequences and modes of operation may be provided in other embodiments of the invention.

6,058,304

| 11 | 12 |

In a first step, S1, the pen 10 is removed from the base unit 40.

In step S2, "Up" key switch 24 is operated. The power control module senses operation of this key switch and powers up the processor 74, which performs a series of diagnostic checks, calibrates itself and then displays an initial message (e.g., "Ready") on the display 20.

In step S3 the "Down" and "Up" scroll keys switches 22 and 24 are operated to scroll though a number of initial options pre-stored within the ROM 76 or the RAM 78 and presented on successive screens of data items on the display 20.

In this example of operation, in step S4, when an option "Left-handed operation" is encountered on the screen, the pen is scanned over the "Enter" command bar code on the command sheet of FIG. 6. Whereas for right-handed operation, where text is displayed in English, the text is displayed in sequence from the end of the display nearest to the reading head 14 towards the opposite end, for left-handed operation the text display is inverted with the text then reading from the end of the display furthest from the reading head to the end nearest thereto. It can be seen, therefore, that the text is displayed in an orientation appropriate for the user. If left-handed operation has already selected and it is desired to use the pen in a right-handed mode, then "Right-handed operation" can be selected by scrolling the display using the "Down" and "Up" key switches 22 and 24 and then scanning the "Enter" command bar code when the appropriate option is displayed.

Other options which could be provided in this manner could, for example, be the selected of one of a number of operating languages.

In step S5, the scroll key switches 22 and 24 are again operated until the option "Ready" is encountered once more. Then a series of merchandise selections can be entered by the user by scanning the bar codes for the desired merchandise selections and the command bar codes "Enter", "Clear", "Quantity", etc., as appropriate. As each bar code is scanned successfully, the good read indicator 26 lights and the data read by the bar code reader is displayed on the screen. Either the alphanumeric value of the bar code read is displayed or, if a description of the item corresponding to the bar code value is stored in the RAM or the ROM, then this can be displayed instead of or as well as the bar code value.

Step S5 can be repeated as often as desired until all the desired items have been entered, or until the RAM 78 has become full or nearly full, in which case a "Memory full" error message is displayed on the display screen 20.

If desired, the items entered and stored in the RAM 78 could be checked by selecting a "Check Entries" option with the scroll key switches 22 and 24. In this case the items entered can then be checked in sequence using the scroll key switches 22 and 24, and if necessary corrected by scanning the correct command bar code while the appropriate item is displayed.

In the example shown in FIG. 6, however, after entering the desired items, a phone number is then entered in step S6 by scanning the command bar code "Phone" followed by the number of the processing centre 108 to be called. As an alternative to entering separately the telephone number, this could be pre-stored in memory, or could alternatively be included in the "Phone" bar code.

After this, in step S7 the pen is placed in the cradle on the base unit and the "Down" key switch 22 is pressed to download the data from the pen. This causes the data for the telephone number to be downloaded to the modem 100 via the optical link 106. The downloading of the telephone

number causes the base unit automatically to call the desired number and, once the normal modem handshaking is completed, to transfer the data stored in the RAM 78 in the pen 10. Preferably, in addition to the actual data stored, the processor 74 in the pen 10 automatically adds error correcting codes to enable the processing centre 108 to verify that successful transmission has occurred. The processing centre 108 then sends a message to confirm (or otherwise) whether successful transmission occurred after checking the error correcting codes. This message is then displayed on the display 20 of the pen 10.

It will be appreciated that the steps S1 to S7 illustrated above merely form one possible method of operation. In an alternative embodiment of the invention, the scrolling function is only used for stepping though items which have already been entered into the pen, whether in the form of selectable items downloaded from the remote processing centre and/or items selected by means of the reading head. All other command functions are input by reading appropriate command codes from a command sheet. For this embodiment therefore, a command sheet should include commands for left and right handed operation, or a command for changing handedness. Then, to change between left and right-handed operation, it is merely necessary to scan an appropriate command bar code.

In a final step (not shown in FIG. 7), the pen is turned off by pressing the "Down" and "Up" scroll key switches simultaneously. It should be noted that the processor, which is provided with a date and time clock, is arranged to power-down the pen to conserve battery power if no bar codes are scanned and no key switches operated during a predetermined interval (e.g. 30 seconds). However, as mentioned above, power will be maintained to the RAM 76 if this is a non-volatile memory.

The software stored in the pen also permits the loading of data from the processing centre or another remote computer. The programming is performed using a series of commands preceded by dot codes. The programming commands are thus known as "dot" commands and cover operations such as RAM PEEK, RAM POKE, ROM PEEK, DISPLAY, SENSE, GET INFO, GET FIRST ITEM, GET NEXT ITEM, GET PREVIOUS ITEM, AMEND ITEM, DELETE ITEM, CLEAR ORDER, CLEAR CATALOGUE, ADD CATALOGUE ITEM, and AMEND CATALOGUE ITEM. In this way, a significant amount of catalogue data and/or program software can be held in the processing centre and be sent to the pens only when required. Where programs are to be downloaded, rewritable program storage will be needed in the pen, for example by implementing the ROM 76 in flash PROM technology.

The processing centre can also send commands to a hand held unit to instruct the user to scan in a personal identification number (PIN), possibly with the scanning of a further verification number from, for example a verification device in the form of a verification card (e.g., a credit, payment or other validation card) or like carrier carrying a verification bar code and/or dot code for verification of a user identity. Alternatively, the verification device can be scanned prior to any connection to a remote processing centre. In this case a connection can then be made to the remote processing centre for verification of the user identity. Operation of the data entry system subsequent to an initial data capture operation can then be made dependent on the identification of authorised coded data and a PIN number.

FIG. 8 illustrates another example of a pen 10 in accordance with the invention. This example is substantially the same as the pen 10 described with reference to FIGS. 1 and

6,058,304

13

3, apart from the addition of a touch sensitive screen 90 for
the display 20. A touch screen interface 88 couples the touch
sensitive screen to the bus 84 so that data sensed by the touch
sensitive screen can be communicated to the processor 74.
Although FIG. 8 shows a touch sensitive screen 90 (e.g., an
overlay) separate from a conventional display screen, any
applicable touch sensitive screen technology can be used,
either though the use of an addition to an existing conven-
tional display screen, or the use of a display screen with
integral touch sensitivity. One or more touch sensitive areas
can be defined on the touch sensitive screen area, in com-
bination with the data displayed on the display screen, for
the entry of commands and/or the selection of displayed
items. In particular, the processor 74 can be arranged to
display a menu of user selectable items and to be responsive
to a location at which the screen is touched for input of a user
selection of a menu item. The touch sensitive screen can then
thus be used as a dynamic and reconfigurable user interface.
Touch screen entry can be used in place of or in addition to
the entry of commands by scanning the bar codes on the
command bar code card.

FIG. 9 illustrates another example of a pen 10 in accor-
dance with the invention. This example includes much in
common with the pen 10 of FIG. 3, except that here a
modem 92, a socket 94 for a standard telephone plug and a
speaker 95 for monitoring transmissions during operation of
the modem are provided in place of the optical interface 86
and optical transmitter and receivers 32 and 34. In this
example, therefore, data can be transmitted and received via
a telephone line without the use of the base station, provid-
ing added portability. Preferably, a simplified base station is
provided in the form of a charging unit for rechargeable
batteries in the pen 10. It will be appreciated that the pen 10
could also be provided with the touch screen facility of the
pen 10 of FIG. 8.

Although in the above embodiments, the pens 10 are
intended for manual scanning of bar codes, it will be
appreciated that they could also be used for reading other
optically readable codes, such as binary dot codes, by the
provision of appropriate control software for programming
the processor 74. Alternatively, in place of the sensor head
14 which is intended to be manually scanned, a self-
scanning head could be provided.

The invention is also applicable to the reading of other
coded data sources such as, for example, magnetic strips,
graphical representations and/or alphanumeric characters,
by the provision of an appropriate reading head and control
logic.

Alternative removable heads could be attached to the tip
of the pen by a screw, bayonet, friction or other appropriate
attachment arrangement.

For example, the data entry pen could be provided with
a reading head which is responsive to movement of the pen
for tracing out desired codes or commands. In particular,
by the provision of a rolling ball in a holder in the reading
head, of rotation sensing means in the manner of a personal
computer mouse for tracing movements of the ball and
suitable interpretation logic in software or special purpose
hardware, for defining a series of vectors as the pen is moved
over a surface and for performing pattern recognition on the
resulting vector patterns to identify control and/or alphanu-
meric characters traced out by the pen head, it is possible
directly to input information into the pen by "writing" down
those characters. By limiting the range of characters to be
recognised (e.g., corresponding to the numerals and com-
mands shown in FIG. 6) it is possible to use conventional
pattern recognition techniques with relatively limited pro-

14

cessing power and storage requirements. It will be appreci-
ated that increased processing power and storage can be
provided in the pen described above for the embodiments of
FIGS. 1, 3, 8 and 9 by the use of a more powerful processor
and increased memory capacity.

FIG. 10 illustrates a further embodiment of the invention.
This further embodiment of the invention is similar to the
embodiment of FIG. 9, but this embodiment is intended for
use with a wireless data transmission means, for example
radio signals. In particular, the embodiment of FIG. 10 is
intended for use with a cellular telephone network, although
it could be adapted for use with some other form of wireless
telephone system, for example a satellite based telephone
network.

The embodiment of FIG. 10 is intended to be used
independently of a base unit and to contain all the necessary
functionality for independent operation. In one alternative
the hand held unit is provided with a rechargeable battery
pack 70, which can be removed from the hand held unit for
recharging. In another alternative the hand held unit is
provided with a fixed rechargeable battery pack 70. In the
latter alternative, and optionally in the former alternative, a
mains voltage charging socket and transformer/rectifier can
be provided in the hand held unit or the battery pack for
receiving a mains lead for charging purposes rather than the
low voltage connectors 30/31. The low voltage DC charging
connectors 30/31 can be configured in a socket for receiving
an adapter lead, with a transformer/rectifier being provided,
possibly incorporated in a plug, for connection to a mains
socket. It will be appreciated that an adapter for connection
to, for example, a 12 volt DC supply from a car may also be
provided. As a further alternative, contactless recharging
(for example by magnetic induction) could be employed.

The embodiment of FIG. 10 is implemented using a
ASIC, although a conventional microprocessor and external
hardware could be used. Likewise, it will be appreciated that
the embodiments described with reference to the previous
Figures could also be implemented using a ASIC or other
equivalent technology instead of a microprocessor.

In the embodiment of FIG. 10, the ASIC (Application
Specific Integrated Circuit) performs the majority of the
necessary processing functions of the device including:

accepting data from the head 14;

accepting data from the switches 22 and 24;

driving the indicator 26;

processing the data received from the head in the manner
described with respect to the previous embodiments in
order to extract the necessary information;

controlling the flow of data in and out of the RAM 78;

controlling the flow of data in and out of the ROM 76;

interfacing with the power control module 72;

implementing the modem function for use with an ana-
logue telephony system and also providing the neces-
sary processing and control for integration with a
digital telephony system and/or a cellular telephone
network;

controlling the loudspeaker 95 permitting the progress of
calls to be monitored;

accepting input from a microphone 152 to enable the pen
in combination with the loudspeaker 95 to operate as a
hand set for the purposes of audio telephony;

controlling the flow of data to an optional printer socket
(not shown) allowing a user to print out information
relative to the code being scanned in a predefined
format;

6,058,304

15

controlling the output of data via an optical link 153 to a peripheral device (e.g., a printer) using for example, infra red light;

controlling an interface to the display 20, the display interface functions being performed in the ASIC.

The optical link 153 could be implemented using the optical link technology described above for interfacing a hand held unit with a base station. Indeed, the printer or other peripheral device could be implement as, or connected to a base station for the hand held unit.

FIG. 11 illustrates in more detail the configuration of the ASIC 150.

The ASIC comprises the system controller 165 that controls the operation of the pen and of its associated components. In this embodiment system controller 165 consists of a microcontroller core incorporated into the ASIC. In other embodiments it could consist of some other control means using, for example, one or more finite state machines.

If the system controller 165 is a microcontroller core, then the data that controls its operation is stored in an internal ROM 163 together with the external ROM 76. Alternatively, there could be no internal ROM 163 and the system controller 165 will then obtain all the data from the external ROM 76. Alternatively, again, the internal ROM 163 could be used exclusively without an external ROM 78. However, this would reduce the flexibility of the device. The use of the internal ROM 163 is advantageous where a pre-defined amount of the operations to be performed are fixed for all pen types, whilst the remainder of the operation is dependent on a particular model, to take account for example of language variations, number of switches used to enter data, etc. The RAM 161 in the ASIC can be used by the system controller 165 as a scratch pad RAM to speed up operations and in order to reserve the maximum amount of RAM 78 for the storage of the main data. This "main data" includes data identifying information relating to selectable items of, for example, a merchandising catalogue, which can be down loaded by telephonic transmissions from a remote station.

The microcontroller receives requests via the bus 84 which is connected to the external bus 84 illustrated in FIG. 10. However, in an alternative embodiment where the system controller 165 consist of a number of finite state machines, then control would be by means of the fixed interconnection of the logic in the fixed state machines.

RAM 161 could be used as a short term data store leaving the RAM 78 to store the main data, the data in RAM 78 being retained by the battery 70. An additional battery (not shown) could be provided for data retention to prevent the loss of data from the RAM 78 or the RAM 161 in the event of failure of the battery 70.

The switch interface 155 responds to the operation of the switch 22 and ensures that the system controller 165 receives signals which are devoid of bounce (resulting for example from multiple operations of the switch due to the spring operation within the switch).

The head interface 156 carries out the necessary signal conditioning as required on receiving signals from the head 14. The signal conditioning will depend on the exact configuration of the head and preferably comprises simple buffering of the data read. Alternatively, it could be implemented to provide at least some of the bar code conversion operations as will be apparent to one skilled in the art.

Selector 159 is controlled by the system controller 165 and functions in such a manner to allow the microphone 152 and the speaker 95 to provide standard audio telephony transmission or to allow the system controller to transfer the data over the telephony network using, in the present embodiment, conventional cellular telephone technology.

16

Thus the selector 159 enables the data entry device to be used as a conventional cellular telephone for the transmission of audio signals. In conventional telephony mode, the selector 159 takes signals from the microphone 152 that have been processed by the signal processor 158 and directs the output to the line interface 116. The processing performed by the processor 158 can comprise, as will be apparent to one skilled in the art, conventional operations of buffering the microphone to filter out any frequencies not required and to amplify the signal to a suitable level. Received audio data is directed to the audio interface 157 which performs necessary signal conditioning before passing the signal to the line interface 116 to the speaker 95.

In the data transfer mode, the selector takes the output from the data formatter 160, which has prepared the data to be transmitted over the cellular telephone network, and directs this to the line interface 152. The speaker 95 is then used to output any tones or audio messages indicating errors, correct operation, etc., again via the audio interface 157.

Switching between modes can be accomplished using the keys and/or the scanning sensor of the hand held unit in the manner described above for the entry of data and/or commands.

The output formatter 164 prepares the data to be transmitted to a remote printer via an optical link 153 (not shown). This transmission could be in any one of a number of forms, for example, infra red light using technology as described above for interfacing the pen with a base unit. Alternatively, other remote link technology, for example a radio link, could be provided.

FIG. 12 illustrates aspects from FIGS. 10 and 11 to illustrate in more detail the incorporation of an example of a cellular telephone system within the data entry unit. The telecommunications interface 116 comprises a line interface/duplexer which is connected to an aerial 178. The line interface/duplexer 116 is connected to a transmitter 170 and to a receiver/synthesizer 172 implemented in the selector 159. Also implemented in the selector 159 is selector logic 174 for connecting the transmitter 170 and the receiver/synthesizer 172 to the signal processor 158, the audio interface 157, the data formatter 160 and the control logic 165 within the ASIC 150.

Although specific embodiments of the invention have been described hereinabove, it will be appreciated that many modifications and/or additions are possible within the scope of the present invention.

Thus, for example, although in the presently preferred embodiments described above the hand held unit is configured with the shape of a pen, it will be appreciated that the hand held unit could be configured in other shapes as desired in other applications, for example in the shape of a pistol.

Although in the examples of the pen and base unit described with reference to FIGS. 1 to 4 and 8 an optical link between the pen and the base unit is provided, in an alternative embodiment other wireless data transmission means, for example radio signals, could be used, in the manner of a portable telephone of the type with a portable handset and a base unit.

The data from the memory of the pen (e.g., the complete list of items which could be ordered from a catalogue) could conveniently be output in alphanumeric form via a modem to a facsimile (fax) machine for printing the content of the memory.

In the preferred embodiments described above, catalogue data is down-loaded into the pen from a remote processing system by telephone. over the telecommunications interface. However, as an alternative to down-loading, for example a

6,058,304

17

complete catalogue, via the telephone line, other data entry means could be provided for the bulk of the data, the telephone line then only being used for updating the stored data. For example the pen and/or the base unit as appropriate could be provided with a socket or connector or reader for a memory device (such as a plug-in ROM, a smart card, etc.).

Although no speaker is illustrated in the examples of the pen described with reference to FIGS. 3 and 8, a speaker or other sound generator could be provided as in the FIGS. 9 and 10 embodiments for giving audio feedback to report on the correct reading, or otherwise, of a code. Thus, for example, when a code is correctly read, one beep can be sounded, and when a code is incorrectly read, two beeps could be sounded. Alternatively, appropriate synthetic or recorded voice messages could be output.

Although in the examples described above the plane of the display in generally parallel to the axis of the pen, the plane of the display 20 could be arranged to slope progressively towards the axis of the pen away from the head end of the pen to reduce the angle between the normal to the plane of the display and the line of sight of the user.

Also, although in the present examples two mechanical key switches are provided, in other embodiments one key switch only could be provided. Operating that key switch a predetermined number of times within a short period could be used to emulate the provision of two key switches for scrolling and other functions. More key switches could also be provided in other embodiments. For example, a numerical keypad could be provided. However, in preferred embodiments of the invention, the number of keys should be kept as low as possible for any particular application. As in the embodiments described above, two key switches are preferred. The control sheet or data carrier effectively forms a keyboard extension for the pen.

Although in the example of a card or other carrier shown in FIG. 6 a set of bar codes for only numeric and command codes are indicated, if desired a set of bar codes for the complete alphabet could be provided. Alternative arrangements of the codes would also be possible, for example a complete set of codes and corresponding characters could be arranged in the format of a standard typewriter keyboard layout. The codes could also be incorporated in the letters and numerals, for example extending as a strip across the letters and numerals. For example, a bar code could replace the cross bar in a capital "A", and similar modifications for the other letters of the alphabet.

Also, as mentioned above, in appropriate embodiments of the invention, codes other than bar codes or dot codes could be used. For example a symbol blob code could be used, this requiring about 1Kbyte of storage for decoding purposes. Indeed, in other embodiments of the invention full character recognition (OCR) could be employed where the reading sensor is in the form of a camera or other scanning sensor incorporated in the reading head. With a camera and appropriate recognition logic, the pen could be used, for example, for fingerprint recognition, either as an aim in itself, or for user validation purposes.

In a merchandising system, where bar codes or other codes are associated with merchandisable items, this could be achieved simply by means of a printed catalogue, or some other form of list, or as a result of codes applied to examples of the products in question, or as a result of codes displayed, for example, on a TV screen with images relating to those products. The only requirement is that the display of the codes are readable by the data entry system of the present invention.

18

Features from the respective embodiments of the invention described above could also be combined as desired to provide a configuration appropriate for a particular application.

Thus, for example, the audio telephony functions described with reference to the embodiment of FIGS. 10 to 12 could be incorporated in the hand held or base unit, as appropriate, of the other embodiments of the invention.

Although in the specific embodiments described above the telecommunications interface for the telephonic transmission of information is only provided in a hand held unit where no base unit with a telecommunications interface is provided, it will be appreciated that a hand held unit with a telecommunications interface could be combined with a base unit also having a telecommunications interface, either of the same or a different type.

We claim:

1. A data entry device for use in a data entry system, said data entry device comprising:

a reading sensor responsive to commands and/or sensed commands and data to produce input signals;

a controller coupled to said reading sensor to receive and process said input signals;

said controller coupled to a communications inter-face to selectively control transmission over said communications interface of command and/or data signals as determined by said input signals processed by said controller; said communications interface being operable directly to connect said data entry device to a wireless telecommunications network; and

a display coupled to said controller to display commands and/or information under control of said input signals processed by said controller;

wherein said reading sensor, controller and display comprise a unitary assembly and said communications interface is a cellular telephone network interface and said wireless telecommunications network is a cellular telephone network, and wherein said controller is responsive to a said command to cause downloading of information from a remote processing center as required for updating information previously stored in said data entry device.

2. A data entry device for use in a data entry system, said data entry device comprising:

a reading sensor responsive to commands and/or sensed commands and data to produce input signals;

a controller coupled to said reading sensor to receive and process said input signals;

said controller coupled to a communications inter-face to selectively control transmission over said communications interface of command and/or data signals as determined by said input signals processed by said controller; said communications interface being operable directly to connect said data entry device to a wireless telecommunications network; and

a display coupled to said controller to display commands and/or information under control of said input signals processed by said controller;

wherein said reading sensor, controller and display comprise a unitary assembly and said communications interface is a cellular telephone network interface and said wireless telecommunications network is a cellular telephone network and said data entry device is integral with a cellular telephone, and wherein said controller is responsive to a said command to cause downloading of

6,058,304

**19**

information from a remote processing center as required for updating information previously stored in said data entry device.

3. A data entry device for use in a data entry system, said data entry device comprising:

a reading sensor responsive to commands and/or sensed commands and data to produce input signals;

a controller coupled to said reading sensor to receive and process said input signals;

said controller coupled to a communications inter-face to selectively control transmission over said communications interface of command and/or data signals as determined by said input signals processed by said controller; said communications interface being operable directly to connect said data entry device to a wireless telecommunications network; and

a display coupled to said controller to display commands and/or information under control of said input signals processed by said controller;

wherein said reading sensor, controller and display comprise a unitary assembly and said communications interface is a satellite interface and said wireless telecommunications network is a satellite telecommunications network, and wherein said controller is responsive to a said command to cause downloading of information from a remote processing center as required for updating information previously stored in said data entry device.

4. A data entry device according to any of claims 1, 2 or 3, wherein said communications interface includes a modem.

5. A data entry device according to any of claims 1, 2 or 3, wherein said reading sensor, controller and display comprise a hand holdable unit.

6. A data entry device according to any of claims 1, 2 or 3, wherein said data entry device includes a rechargeable power source, means being provided for recharging said power source.

7. A data entry device according to any of claims 1, 2 or 3, wherein said data entry device comprises one or two manually operable switches for scrolling said display in a first and/or second direction for selectively displaying said commands and/or information.

8. A data entry device according to any of claims 1, 2 or 3, wherein said data entry device comprises one or two manually operable switches for scrolling said display in a first and/or second direction for selectively displaying said commands and/or information, and wherein operation of said first and/or second switches in predetermined operational states of said data entry device causes predetermined functions other than scrolling functions to be performed.

9. A data entry device according to any of claims 1, 2 or 3, wherein said display screen comprises a touch sensitive screen forming a said reading sensor, said controller being arranged to be responsive to a location at which said screen is touched for user input.

10. A data entry device according to any of claims 1, 2 or 3 wherein a said reading sensor is for reading coded data such as fingerprints or signatures or written text, wherein said controller is arranged to access stored information for selectable items to determine natural language characters or images corresponding to the coded data for display.

11. A data entry device according to any of claims 1, 2 or 3 wherein a said reading sensor is for reading coded data such as fingerprints or signatures or written text, wherein said controller is arranged to access stored information for

**20**

selectable items to determine natural language characters or images corresponding to the coded data for display, and wherein said coded data comprises bar codes and/or binary dot codes and said sensor is a bar code and/or dot code reader.

12. A data entry device according to any of claims 1, 2 or 3, wherein a said reading sensor is a motion detector or a scanning device.

13. A data entry device according to claim 12, wherein said scanning device is a camera.

14. A data entry device according to any of claims 1, 2 or 3, wherein said controller is user programmable to cause captured data to be displayed on said display either in a first orientation suitable for reading displayed data when said data entry device is held in a user's right hand, or in a second orientation suitable for reading displayed data when said data entry device is held in a user's left hand, said controller being responsive to user programming operations including scanning of an appropriate command code using said reading sensor.

15. A data entry device according to any of claims 1, 2 or 3, wherein said data entry device is configured as an elongate unit such that it may be held by a user in the manner of a pen or quill with said reading sensor being located in a reading head at or adjacent to one end of said data entry device.

16. A data entry device according to any of claims 1, 2 or 3, wherein said reading sensor is remote from or releasably attached to said data entry device.

17. A data entry device according to any of claims 1, 2 or 3, additionally comprising as well as or instead of said display screen, and separate from said data entry device, means for displaying a selectable item with associated data sources for user selection of an item by operation of said data entry device; and

a remote processing center for processing user selections transmitted from said data entry device.

18. A data entry device according to any of claims 1, 2 or 3 comprising rewritable storage and wherein programs in said data entry device are updateable remotely from a processing center.

19. A data entry device according to any of claims 1, 2 or 3, comprising a verification device in the form of a verification card or like carrier carrying a verification code such as a bar code and/or dot code or any other means for verification of user information.

20. A data entry device according to any of claims 1, 2 or 3, comprising a carrier or a display for a plurality of data and/or command codes for association with means for displaying a plurality of selectable items, wherein said carrier carries a plurality of codes, each for a respective one of a plurality of natural language and/or numeric characters and a plurality of commands for controlling operation of said data entry device or a merchandising system, each code being associated with a visual representation of the corresponding natural language or numeric character or command and/or or a graphical representation thereof.

21. A data entry device according to any of claims 1, 2 or 3, comprising a carrier or a display for a plurality of data and/or command codes for association with means for displaying a plurality of selectable items, wherein said carrier carries a plurality of codes, each for a respective one of a plurality of natural language and/or numeric characters and a plurality of commands for controlling operation of said data entry device or a merchandising system, each code being associated with a visual representation of the corresponding natural language or numeric character or command

6,058,304

21

and/or of a graphical representation thereof, wherein said codes are bar and/or dot codes and/or other product identifications.

**22.** A data entry device according to claim any of claims **1, 2** or **3** wherein a key on said data entry device can be used for entry of a said command and/or data.

**23.** A merchandising system comprising a data entry device according to any of claims **1, 2** or **3**, wherein:

said device is programmable with information relating to user selectable merchandisable items; and

said interface is coupleable to a remote processing center for initiating processing of user orders of said selectable merchandisable items.

**24.** A merchandising system comprising a data entry device according to any of claims **1, 2** or **3**, and additionally comprising as well as or instead of said display screen, separate from said data entry device, means for displaying a selectable item with associated data sources for user selection of an item by operation of said data entry device; and

a remote processing center for processing user selections transmitted from said data entry device, wherein:

said selectable items are merchandisable items; and

said remote processing center initiates processing of user orders of said selectable merchandisable items.

**25.** A data entry device according to claim **3**, wherein said data entry device is integral with a satellite telephone.

**26.** A data entry system comprising a hand holdable data entry unit, said hand holdable unit comprising:

a reading sensor for sensing commands and/or data and for producing input signals in response to said sensed commands and/or data;

rewritable storage programmable with information relating to a plurality of items, user selectable by means of said reading sensor;

a controller connected to receive and process said input signals from said sensor, said controller being arranged to respond to commands and/or sensed commands to control said hand holdable unit and to said data to select a said item; and

a display screen for displaying a user readable representation of said commands and said stored information for said selected item;

and said system further comprising:

a telecommunications interface for telephonic transmission of information relating to a selected item or items from said storage to a remote processing center via a telecommunications network and for telephonic reception of information relating to selectable items from said remote processing center to said storage via said telecommunications network, said controller being responsive to a said command to cause downloading of information from said remote processing center as required for updating information previously stored in said rewritable storage for one or more of said selectable items, wherein said hand holdable unit includes a speaker and a microphone permitting said hand holdable unit to be used as a telephone handset.

**27.** A data entry system comprising a hand holdable data entry unit, said hand holdable unit comprising:

a reading sensor for sensing commands and/or data and for producing input signals in response to said sensed commands and/or data;

rewritable storage programmable with information relating to selectable items;

22

a controller connected to receive and process said input signals from said sensor, said controller being arranged to respond to commands and/or sensed commands to control said hand holdable unit and to said data to select a said item;

a display screen for displaying a user readable representation of said commands and said stored information for said selected item; and

a telecommunications interface for telephonic transmission of information relating to a selected item or items from said storage to a remote processing center via a telecommunications network and for telephonic reception of information relating to said selectable items from said remote processing center to said storage via said telecommunications network, wherein said telecommunications interface is a telecommunications line interface integral to said hand holdable unit and directly connects said hand-holdable unit to said telecommunications network, and wherein said hand holdable unit includes a speaker and a microphone permitting said hand holdable unit to be used as a telephone handset.

**28.** A data entry system comprising a hand holdable data entry unit, said hand holdable unit comprising:

a reading sensor for sensing commands and/or data and for producing input signals in response to said sensed commands and/or data;

rewritable storage programmable with information relating to selectable items;

a controller connected to receive and process said input signals from said sensor, said controller being arranged to respond to commands and/or sensed commands to control said hand holdable unit and to said data to select a said item;

a display screen for displaying a user readable representation of said commands and said stored information for said selected item; and

a telecommunications interface for telephonic transmission of information relating to a selected item or items from said storage to a remote processing center via a wireless telecommunications network and for telephonic reception of information relating to said selectable items from said remote processing center to said storage via said wireless telecommunications network, wherein said telecommunications interface is a telecommunications line interface integral to said hand holdable unit and directly connects said hand-holdable unit to said wireless telecommunications network.

**29.** A data entry system comprising a hand holdable data entry unit, said hand holdable unit comprising:

a reading sensor for sensing commands and/or data and for producing input signals in response to said sensed commands and/or data;

rewritable storage programmable with information relating to a plurality of items, user selectable by means of said reading sensor;

a controller connected to receive and process said input signals from said sensor, said controller being arranged to respond to commands and/or sensed commands to control said hand holdable unit and to said data to select a said item; and

a display screen for displaying a user readable representation of said commands and said stored information for said selected item;

and said system further comprising:

a telecommunications interface for telephonic transmission of information relating to a selected item or

6,058,304

23

items from said storage to a remote processing center via a telecommunications network and for telephonic reception of information relating to selectable items from said remote processing center to said storage via said telecommunications network, said controller being responsive to either a said command or a said sensed command to cause downloading of information from said remote processing center as required for updating information previously stored in said rewritable storage for one or more of said selectable items, and wherein said system further comprises a carrier for a plurality of data and/or command codes for association with means for displaying a plurality of said selectable items, wherein said carrier carries a plurality of codes, each for a respective one of a plurality of natural language and/or numeric characters and a plurality of commands for controlling operation of said data entry system or a merchandising system, each code being associated with a visual representation of the corresponding natural language or numeric character or command and/or of a graphical representation thereof.

30. A data entry system comprising a hand holdable data entry unit, said hand holdable unit comprising:

a reading sensor for sensing commands and/or data and for producing input signals in response to said sensed commands and/or data;

rewritable storage programmable with information relating to selectable items;

a controller connected to receive and process said input signals from said sensor, said controller being arranged to respond to commands and/or sensed commands to control said hand holdable unit and to said data to select a said item;

a display screen for displaying a user readable representation of said commands and said stored information for said selected item; and

a telecommunications interface for telephonic transmission of information relating to a selected item or items from said storage to a remote processing center via a telecommunications network and for telephonic reception of information relating to said selectable items from said remote processing center to said storage via said telecommunications network, wherein said telecommunications interface is a telecommunications line interface integral to said hand holdable unit and directly connects said hand-holdable unit to said telecommunications network, and wherein said data entry system further comprises a carrier for a plurality of data and/or command codes for association with means for displaying a plurality of said selectable items, wherein said carrier carries a plurality of codes, each for a respective one of a plurality of natural language and/or numeric characters and a plurality of commands for controlling operation of said data entry system or a merchandising system, each code being associated with a visual representation of the corresponding natural language or numeric character or command and/or of a graphical representation thereof.

31. A data entry system comprising a hand holdable data entry unit, said hand holdable unit comprising:

a reading sensor for sensing commands and/or data and for producing input signals in response to said sensed commands and/or data;

rewritable storage programmable with information relating to selectable items;

24

a controller connected to receive and process said input signals from said sensor, said controller being arranged to respond to commands and/or sensed commands to control said hand holdable unit and to said data to select a said item;

a display screen for displaying a user readable representation of said commands and said stored information for said selected item; and

a telecommunications interface for telephonic transmission of information relating to a selected item or items from said storage to a remote processing center via a telecommunications network and for telephonic reception of information relating to said selectable items from said remote processing center to said storage via said telecommunications network, wherein said telecommunications interface is a telecommunications line interface integral to said hand holdable unit and directly connects said hand hand-holdable unit to said telecommunications network, and wherein said reading sensor is located in a reading head which is releasably attached to said hand holdable unit.

32. A data entry system according to claim 26 or claim 29, wherein said telecommunications interface is integral to said hand holdable unit and directly connects said hand-holdable unit to said telecommunications network.

33. A data entry system according to any of claims 26, 28, 29, 30 or 31, wherein said hand holdable unit includes a rechargeable power source, means being provided for recharging said power source.

34. A data entry system according to any of claims 26, 27, 29 or 30, wherein said telecommunications interface is a wireless telecommunications network interface.

35. A data entry system according to any of claims 26, 27, 29, 30 or 31, wherein said telecommunications interface is a cellular telephone network interface.

36. A data entry system according to any of claims 26, 27, 29, 30 or 31, wherein said telecommunications interface is a satellite interface and said telecommunications network is a satellite telecommunications network.

37. A data entry system according to any of claims 26, 27, 28, 29, 30 or 31, wherein said telecommunications interface includes a modem.

38. A data entry system according to any of claims 26, 27, 28, 29, 30 or 31, wherein said hand holdable unit comprises one or two manually operable switches for scrolling said display in a first and/or second direction for selectively displaying information for respective selectable or selected items from said storage.

39. A data entry system according to any of claims 26, 27, 28, 29, 30 or 31 wherein said hand holdable unit comprises one or two manually operable switches for scrolling said display in a first and/or second direction for selectively displaying information for respective selectable or selected items from said storage, and wherein operation of said first and/or second switches in predetermined operational states of said hand holdable unit causes predetermined functions other than scrolling functions to be performed.

40. A data entry system according to any of claims 26, 27, 28, 29, 30 or 31 wherein said display screen comprises a touch sensitive screen forming a said reading sensor, said controller being arranged to be responsive to a location at which said screen is touched for user input.

41. A data entry system according to any of claims 26, 27, 28, 29, 30 or 31 wherein a said reading sensor is for reading coded data, wherein said controller is arranged to access the stored information for selectable items to determine natural language characters or images corresponding to the coded data for display.

6,058,304

25

42. A data entry system according to any of claims 26, 27, 28, 29, 30 or 31 wherein a said reading sensor is for reading coded data, wherein said controller is arranged to access the stored information for selectable items to determine natural language characters or images corresponding to the coded data for display, and wherein said coded data comprises bar codes and/or binary dot codes and said sensor is a bar code and/or dot code reader.

43. A data entry system according to claim 41 or claim 42 wherein said coded data comprises fingerprints, or signatures, or written text.

44. A data entry system according to any of claims 26, 27, 28, 29, 30 or 31, wherein a said reading sensor is a motion detector or a scanning device.

45. A data entry device according to claim 44, wherein said scanning device is a camera.

46. A data entry system according to claim 44 wherein said reading sensor comprises a camera.

47. A data entry system according to any of claims 26, 27, 28, 29, 30 or 31, wherein said controller is user programmable to cause captured data to be displayed on said display either in a first orientation suitable for reading displayed data when said hand holdable unit is held in a user's right hand, or in a second orientation suitable for reading displayed data when said hand holdable unit is held in a user's left hand, said controller being responsive to user programming operations including scanning of an appropriate command code using said reading sensor.

48. A data entry system according to any of claims 26, 27, 28, 29, 30 or 31, wherein said hand holdable unit is configured as an elongate unit such that it may be held by a user in the manner of a pen or quill with said reading sensor being located in a reading head at or adjacent to one end of said hand holdable unit.

49. A data entry system according to any of claims 26, 27, 28, 29 or 30, wherein said reading sensor is located in a reading head which is releasably attached to said hand holdable unit.

50. A data entry system according to any of claims 26, 27, 28, 29, 30 or 31, additionally comprising as well as or instead of said display screen, and separate from said hand holdable unit, means for displaying a selectable item with associated data sources for user selection of an item by operation of said hand holdable unit; and a remote processing center for processing user selections transmitted from said hand holdable unit.

51. A data entry system according to any claims 26, 27, 28, 29, 30 or 31, wherein programs in said hand holdable unit are updateable remotely from said processing center.

52. A data entry system according to any of claims 26, 27, 28, 29, 30 or 31, comprising a verification device in the form of a verification card or like carrier carrying a user verification code or codes.

53. A data entry system according to any of claims 26, 27, 28, 29, 30 or 31, comprising a carrier for a plurality of data and/or command codes for association with means for displaying a plurality of selectable items, wherein said carrier carries a plurality of codes, each for a respective one of a plurality of natural language and/or numeric characters and a plurality of commands for controlling operation of said data entry or merchandising system, each code being associated with a visual representation of the corresponding natural language or numeric character or command and/or of a graphical representation thereof.

54. A data entry system according to claim 52 or claim 53, wherein said code or codes include bar code and/or dot code and/or other identification means.

26

55. A data entry system according to claim 53, wherein said carrier comprises a display.

56. A data entry system according to any of claims 26, 27, 28, 29, 30 or 31, wherein a key on said data entry unit can be used for entry of a said command and/or data.

57. A merchandising system comprising a data entry system according to any of claims 26, 27, 28, 29, 30 or 31, wherein:

said selectable items are merchandisable items; and

said remote processing center initiates processing of user orders of said selectable merchandisable items.

58. A merchandising system comprising a data entry system according to any of claims 26, 27, 28, 29, 30 or 31, additionally comprising as well as or instead of said display screen, and separate from said hand holdable unit means for displaying a selectable item with associated data sources for user selection of an item by operation of said hand holdable unit; and

a remote processing center for processing user selections transmitted from said hand holdable unit, wherein:

said selectable items are merchandisable items; and

said remote processing center initiates processing of user orders of said selectable merchandisable items.

59. A data entry system according to any of claims 27, 28, 30 or 31, wherein said controller is responsive to a said command to cause downloading of information from said remote processing center as required for updating information previously stored in said rewritable storage for one or more of said selectable items.

60. A data entry system according to any of claims 28, 29, 30 or 31 wherein said hand holdable unit includes a speaker and/or microphone permitting said hand holdable unit to be used as a telephone handset.

61. A data entry device for use in a data entry system, said data entry device comprising:

a reading sensor responsive to commands and/or sensed commands and data to produce input signals;

a controller coupled to said reading sensor to receive and process said input signals;

said controller coupled to a communications inter-face to selectively control transmission over said communications interface of command and/or data signals as determined by said input signals processed by said controller; said communications interface being operable directly to connect said data entry device to a wireless telecommunications network; and

a display coupled to said controller to display commands and/or information under control of said input signals processed by said controller;

wherein said reading sensor, controller and display comprise a unitary assembly and said communications interface is a cellular telephone network interface and said wireless telecommunications network is a cellular telephone network; and wherein said display screen comprises a touch sensitive screen forming said reading sensor, said controller being arranged to be responsive to a location at which said screen is touched for user input.

62. A data entry device for use in a data entry system, said data entry device comprising:

a reading sensor responsive to commands and/or sensed commands and data to produce input signals;

a controller coupled to said reading sensor to receive and process said input signals;

said controller coupled to a communications inter-face to selectively control transmission over said communica-

6,058,304

27

tions interface of command and/or data signals as
determined by said input signals processed by said
controller; said communications interface being oper-
able directly to connect said data entry device to a
wireless telecommunications network; and 5

a display coupled to said controller to display commands
and/or information under control of said input signals
processed by said controller;

wherein said reading sensor, controller and display com-
prise a unitary assembly and said communications 10
interface is a cellular telephone network interface and
said wireless telecommunications network is a cellular
telephone network and said data entry device is integral
with a cellular telephone; and wherein said display
screen comprises a touch sensitive screen forming said 15
reading sensor, said controller being arranged to be
responsive to a location at which said screen is touched
for user input.

63. A data entry device for use in a data entry system, said
data entry device comprising: 20

a reading sensor responsive to commands and/or sensed
commands and data to produce input signals;

28

a controller coupled to said reading sensor to receive and
process said input signals;

said controller coupled to a communications inter-face to
selectively control transmission over said communica-
tions interface of command and/or data signals as
determined by said input signals processed by said
controller; said communications interface being oper-
able directly to connect said data entry device to a
wireless telecommunications network; and

a display coupled to said controller to display commands
and/or information under control of said input signals
processed by said controller; wherein said reading
sensor, controller and display comprise a unitary
assembly and said communications interface is a sat-
ellite interface and said wireless telecommunications
network is a satellite telecommunications network; and
wherein said display screen comprises a touch sensitive
screen forming said reading sensor, said controller
being arranged to be responsive to a location at which
said screen is touched for user input.

*    *    *    *    *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,058,304                                      Page 1 of  1
DATED          : May 2, 2000
INVENTOR(S)  : Callaghan, F. et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Title page,
Under "FOREIGN PATENT DOCUMENTS"

Column 2,
Line 5, change "D.  4709482" to -- D.  4109482 --

Signed and Sealed this

Fourth Day of December, 2001

Attest:

*Nicholas P. Godici*

Attesting Officer

NICHOLAS P. GODICI
*Acting Director of the United States Patent and Trademark Office*

**JS 44** (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Research in Motion Limited and Research in Motion Corporation

**DEFENDANTS**
DataQuill BVI, Ltd.

**(b)** County of Residence of First Listed Plaintiff    Dallas

(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    British Virgin Islands

(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
George W. Bramblett Jr., Haynes and Boone LLP, 901 Main St., Ste. 3100, Dallas, TX 75202; 214.651.5000

Attorneys (If Known)

MAY 31 2006

# 3-06CV-973-N

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane  ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product    Med. Malpractice | ☐ 625 Drug Related Seizure    28 USC 157 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability  ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &    Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander  ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'    Injury Product | ☐ 650 Airline Regs | ☒ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability    Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product  **PERSONAL PROPERTY** | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability  ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle  ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle  ☐ 380 Other Personal | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability    Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal  ☐ 385 Property Damage | ☐ 730 Labor/Mgmt. Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury    Product Liability | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting  ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment    Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/  **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations  ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare  ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -  ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment  ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities -  ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. § 1, et seq.; 28 U.S.C. § 2201, et seq.

Brief description of cause:
Declaratory judgment of patent non-infringement and invalidity.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions)    JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____